# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>DERRAL ADAMS, et al.,<br><br>    Defendants. | Case No.  1:21-cv-01103-NONE-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE SCHEDULING CONFERENCE AND CONTINUING SCHEDULING CONFERENCE TO DECEMBER 7, 2021 AT 2:00 P.M.<br><br>ORDER REQUIRING PARTIES TO ADDRESS NEED FOR MOTION TO FILE PSEUDONYMOUSLY<br><br>(ECF Nos. 5, 10) |

A scheduling conference is currently set for October 19, 2021. (ECF No. 5.)  On August 20, 2021, the Court granted a stipulated request to extend the time for Defendant Timothy Breach to file a responsive pleading until October 14, 2021, and ordered the parties to address their readiness for the scheduling conference on or before October 12, 2021. (ECF No. 9.)  On October 12, 2021, the Plaintiff and Defendant Timothy Breach filed a stipulated request to continue the scheduling conference, proffering that Timothy Breach is the only Defendant to have appeared in this action thus far, and that Plaintiff is still trying to effectuate service on the remaining defendants. (ECF No. 10.)  The Court finds good cause to approve the stipulated request.  Plaintiff is also reminded that the deadline to effectuate service on the defendants is approaching.  See Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the

1

complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that:

1. The scheduling conference set for October 19, 2021, is CONTINUED to **December 7, 2021, at 2:00 p.m.** in Courtroom 9;

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference; and

3. The parties shall address the need for a motion to file pseudonymous pleadings in the scheduling report.[1]

IT IS SO ORDERED.

Dated:   **October 13, 2021**

UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff did not file a motion to file pseudonymous pleadings in this action.  The parties should be prepared to address this issue, and be prepared to set a filing date and briefing schedule for such motion, if opposed, or file an unopposed motion that satisfies the applicable legal standards.  See Fed. R. Civ. P. 10(a); Doe v. Kamehameha Schools ("Kamehameha Schools"), 596 F.3d 1036, 1042 (9th Cir. 2010); Does I thru XXIII v. Advanced Textile Corp. ("Advanced Textile Corp."), 214 F.3d 1058, 1067 (9th Cir. 2000).