# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>      v.<br><br>DERRAL ADAMS, et al.,<br><br>            Defendants. | Case No. 1:21-cv-01103-JLT-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY MONETARY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY AND CONTINUING MANDATORY SCHEDULING CONFERENCE TO MARCH 3, 2022<br><br>**FIVE-DAY DEADLINE** |

   Plaintiff Jane Doe initiated this action on July 20, 2021. (ECF No. 1.) Defendants have answered the complaint. (ECF Nos. 19, 33.)

   On November 29, 2021, the Court set the mandatory scheduling conference in this matter for February 8, 2022. (ECF No. 21.) Pursuant to the order setting the mandatory scheduling conference, the parties were ordered to file a joint scheduling report one full week prior to the scheduling conference.[1] (Id. at 3.) No joint report has been filed in this action.

   Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket

---

[1] The Court additionally notes it ordered the parties to address the need for a motion to file pseudonymous pleadings in the scheduling report and be prepared to set a filing date and briefing schedule for any motion to file pseudonymous pleadings in this action. (ECF No. 21 at 3 n.1.)

and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000).

The Court shall continue the scheduling conference and require the parties to show cause why monetary sanctions should not issue for the failure to file a joint report in compliance with its November 29, 2021 order.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing within **five (5) days** of the date of entry of this order why monetary sanctions should not issue for the failure to file a joint scheduling report as required by the November 29, 2021 order setting the mandatory scheduling conference;

2. The scheduling conference set for February 8, 2022, is CONTINUED to **March 3, 2022**, at 10:30 a.m. in Courtroom 9;

3. The parties shall file a joint scheduling report at least **seven (7) days** prior to the scheduling conference; and

4. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **February 2, 2022**

UNITED STATES MAGISTRATE JUDGE