# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>    v.<br><br>DERRAL ADAMS, et al.,<br><br>            Defendants. | Case No. 1:21-cv-01103-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO EITHER FILE AMENDED COMPLAINT, MOTION TO FILE PSEUDONYMOUS PLEADINGS, OR PARTIES TO FILE STATUS REPORT<br><br>**THREE-DAY DEADLINE** |

Plaintiff Jane Doe initiated this action on July 20, 2021. (ECF No. 1.) The Court repeatedly reminded the parties to address the need for a motion to file pseudonymous pleadings in the joint scheduling report. (ECF Nos. 9; 11; 21 at 3 n.1 ("The parties should be prepared to address this issue, and be prepared to set a filing date and briefing schedule for such motion, if opposed, or file an unopposed motion that satisfies the applicable legal standards. See Fed. R. Civ. P. 10(a); Doe v. Kamehameha Schools ("Kamehameha Schools"), 596 F.3d 1036, 1042 (9th Cir. 2010); Does I thru XXIII v. Advanced Textile Corp. ("Advanced Textile Corp."), 214 F.3d 1058, 1067 (9th Cir. 2000)"); 38 at 1 n.1.) Nonetheless, the parties failed to discuss or address the need for such motion when the joint scheduling report was filed on February 24, 2022. (ECF No. 42.) The Court held a scheduling conference on March 3, 2022. During the conference, the parties proffered that within fourteen (14) days, Plaintiff would either file a stipulated amended complaint with the true name of the Plaintiff, or Plaintiff would file a motion to file

1

pseudonymous pleadings.  No such filings have been made.

Within three (3) days of entry of this order: (1) Plaintiff shall file an amended complaint with the true name of the Plaintiff; (2) Plaintiff shall file a motion to file pseudonymous pleadings; or (3) the parties shall file a status report demonstrating good cause as to why one of these first two options has or will not be completed within three (3) days, and proffering when or if an alternative option will be completed.  See Fed. R. Civ. P. 10(a); Kamehameha Schools, 596 F.3d at 1042; Advanced Textile Corp., 214 F.3d at 1067.  Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that:

1. Within three (3) days of entry of this order, Plaintiff shall file an amended complaint with the true name of the Plaintiff, or shall file a motion to file pseudonymous pleadings, or the parties shall file a status report demonstrating good cause as to why one of these first two options has or will not be completed within the three (3) day deadline; and

2. Failure to comply with this order will result in the issuance of sanctions.[1]

IT IS SO ORDERED.

Dated:  __March 18, 2022__                            _____
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] As Defendant Timothy Beach is currently proceeding *pro se*, is not receiving electronic notifications, and is not the primary party responsible for the failure to file such motion, the Court generally excuses this Defendant from the 3-day deadline, though the parties are expected to communicate with Defendant Beach as to any stipulation.