# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JANEL ESPINOZA, et al.,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-01103-JLT-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO UPDATE DOCKET TO REFLECT NAMED PLAINTIFF IN FIRST AMENDED COMPLAINT<br><br>(ECF No. 46.) |

　　　　Plaintiff Jane Doe initiated this action on July 20, 2021. (ECF No. 1.) On March 21, 2022, the Court ordered Plaintiff to either file an amended complaint with the true name of the Plaintiff or a motion to file pseudonymous pleadings. (ECF No. 45.) On the same date, Plaintiff filed a first amended complaint. (ECF No. 46.) Accordingly, the Court shall direct the Clerk of the Court to update the docket in this matter to reflect the name of the Plaintiff in the first amended complaint. (ECF No. 46.) The Court notes that the complaint appears to mistakenly still name two Defendants that were previously dismissed from this action, Deborah K. Johnson, and Derral Adams. (Id.; see ECF Nos. 29, 30.) The Court presumes this was not deliberate, and will not direct the docket to be updated as to these two Defendants, and will remain as terminated on the record.

/ / /

/ / /

1

Accordingly, the Clerk of the Court is HEREBY DIRECTED to update the docket to reflect the name of the Plaintiff, Nicole Ramos.

IT IS SO ORDERED.

Dated: __**March 22, 2022**__   _____
UNITED STATES MAGISTRATE JUDGE