# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE RAMOS, | Case No. 1:21-cv-01103-JLT-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| JANEL ESPINOZA, et al., | (ECF Nos. 44, 49) |
| Defendants. | |

This action was filed on July 20, 2021. (ECF No. 1.) On March 4, 2022, a scheduling order issued, setting among other deadlines, a nonexpert discovery deadline of July 5, 2022, a dispositive motion filing deadline of December 14, 2022, and a trial date of April 4, 2023. (ECF No. 44.) On July 1, 2022, the parties filed a stipulated motion requesting the scheduling order be modified. (ECF No. 49.)

The parties proffer that they have been diligently completing written discovery, however, depositions have yet to be completed, in part, due to the parole status of Plaintiff. The parties are also in the process of stipulating to the terms for the completion of an independent medical examination. The Court finds good cause to extend the discovery deadlines, however, the Court notes the parties' initial discovery schedule was aggressive, and the parties likely knew of the need for modification earlier than the eve of the expiration of the nonexpert discovery deadline.

The parties request the nonexpert discovery deadline be extended a period of

approximately three months, the expert deadlines by a period of two months, and the dispositive motion filing deadline by only one month. Despite the dispositive motion filing deadline only being extended for a period of one month, the Court will nonetheless continue the pretrial conference dates and trial dates due to their proximity to the continued dispositive motion filing date.

Accordingly, IT IS HEREBY ORDERED that the parties' motion to modify the scheduling order is GRANTED and the scheduling order is modified as follows:

1. Nonexpert Discovery Deadline: October 12, 2022;
2. Expert Disclosure Deadline: November 7, 2022;
3. Supplemental Expert Disclosure Deadline: November 21, 2022;
4. Expert Discovery Deadline: December 15, 2022;
5. Dispositive Motion Filing Deadline: January 16, 2023;
6. Pre-trial Conference: March 10, 2023, at 1:30 p.m. in Courtroom 4; and
7. Trial: May 2, 2023, at 8:30 a.m. in Courtroom 4.

All other dates and aspects of the scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: __July 5, 2022__

UNITED STATES MAGISTRATE JUDGE