# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE RAMOS,<br><br>                Plaintiff,<br><br>         v.<br><br>DERRAL ADAMS, et al.,<br><br>                Defendants. | Case No. 1:21-cv-01103-JLT-SAB<br><br>ORDER RE: JOINT STIPULATION FOR MENTAL EXAMINATION OF PLAINTIFF PURSUANT TO F.R.C.P. RULE 35<br><br>(ECF No. 51) |

Plaintiff Nicole Ramos initiated this action on July 20, 2021. (ECF No. 1.) Defendants have answered the complaint. (ECF Nos. 19, 33.) On July 20, 2022, the parties filed a joint stipulation for Plaintiff to submit to a mental examination on September 6, 2022, pursuant to Federal Rule of Civil Procedure 35, on the basis that Plaintiff has placed her mental condition in controversy in this action by alleging she has suffered, and continues to suffer, great mental pain, suffering, anguish, fright, nervousness, anxiety, grief, shock, humiliation, indignity, embarrassment, and other forms of mental and emotional distress, as a result of Defendant's actions or inactions. (ECF No. 51.) As such, the Court finds good cause exists for the mental examination.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1

1. The parties' joint stipulation for Plaintiff Nicole Ramos to submit to an independent mental examination by Dr. Michelle Conover, Ph.D., Q.M.E., on September 6, 2022, at 10:00 a.m., at the offices of the Southern California Neuropsychology Group, 6200 Canoga Avenue, Suite 210, Woodland Hills, CA 91367 (ECF No. 51) is GRANTED; and

2. The mental examination shall be conducted in accordance with the terms of the parties' joint stipulation.

IT IS SO ORDERED.

Dated:   **July 21, 2022**

UNITED STATES MAGISTRATE JUDGE