1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

NICOLE RAMOS,

           Plaintiff,

v.

JANEL ESPINOZA, Former Warden, Central California Women's Facility; TIMOTHY BEACH, individually, and DOES 1-10, inclusive,

           Defendants.

Case No.  1:21−CV−01103−JLT−SAB

ORDER GRANTING STIPULATED REQUEST TO SEAL PHOTOS AND VIDEOS THAT WILL BE SUBMITTED IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT

GOOD CAUSE APPEARING, the Court hereby GRANTS the parties' stipulated request to seal the following photos and videos that will be submitted in support of Defendants' joint motion for summary judgment or, in the alternative, summary adjudication:

(1)    Exhibit 11 (Bates Nos. IMG-1702 to IMG-1938); and

(2)    Exhibit 12 (Bates Nos. BEACH 005 to BEACH 010).

IT IS SO ORDERED.

   Dated:  __September 22, 2023__

                                _____
                              UNITED STATES DISTRICT JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4886-1525-4090 v1

1:21-CV-01103-JLT-SAB
ORDER RE STIP. RE SEALED PHOTOS