UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nicole Ramos,<br><br>             Plaintiff,<br><br>     v.<br><br>Timothy Beach,<br><br>             Defendant. | No. 1:21-cv-01103-KJM-SAB<br><br>ORDER |

Defendant Dr. Timothy Beach is proceeding *pro se* in this action. Pending before the court are two motions brought by Dr. Beach.

First, Dr. Beach has filed a motion to continue the final pretrial conference calendared for March 27, 2025. ECF No. 111. The court previously reset the final pretrial conference for May 8, 2025, at 10:00 a.m. in Courtroom 3 (501 I Street, Sacramento) before Senior District Judge Kimberly J. Mueller, with a joint status report due fourteen days prior. *See* ECF No. 110. Dr. Beach's motion to continue is therefore **denied as moot**.

Secondly, Dr. Beach has filed a motion for permission to file electronically through the court's CM/ECF system. ECF No. 12. The Local Rules are clear that "any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." *See* Local Rule 133(b)(2). Dr. Beach's motion does not provide good cause for varying from this Local Rule. Thus, Dr. Beach's **motion is denied** with respect to utilizing the CM/ECF

1

system to file documents.  Dr. Beach will continue to file paper documents with the court through conventional means.  The court is nevertheless amenable to allowing Dr. Beach to receive service of documents by electronic means.  Should he wish to take advantage of this, Dr. Beach may file a request with the Clerk of Court to receive service of documents at his email address.  If Dr. Beach files such a request, the Clerk is directed to configure Dr. Beach's account so that he will receive immediate email notifications when documents are filed in the case.  In doing so, Dr. Beach will consent to receive service of documents electronically and will waive the right to receive service by first class mail under Fed. R. Civ. P. 5(b)(2)(D).

**CONCLUSION**

For the foregoing reasons, it is ordered that:

1) Defendant's motion to continue is **denied as moot.**
2) Defendant's motion for electronic filing is **denied**.
3) Defendant may submit a request to the Clerk of Court to allow electronic service by email as instructed above.

Defendant is reminded that he **shall notify the court in writing** of his decision to proceed *pro se* or retain counsel.  Failure to comply with the court's order may result in sanctions, monetary or otherwise.

This order resolves ECF Nos. 111 & 112.

IT IS SO ORDERED.

DATED: March 27, 2025.

UNITED STATES DISTRICT JUDGE