UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE RAMOS,<br><br>        Plaintiff,<br><br>v.<br><br>JANEL ESPINOZA, Former Warden, Central California Women's Facility; TIMOTHY BEACH, individually, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 1:21−CV−01103−JLT−SAB<br><br>**ORDER GRANTING STIPULATION TO WAIVE RIGHT TO APPEAL GRANTING OF SUMMARY JUDGMENT IN FAVOR OF DEFENDANT ESCOBEDO IN EXCHANGE FOR WAIVER OF RIGHT TO PURSUE RECOVERY OF COSTS JUDGMENT**<br><br>[PROPOSED]<br><br><br>Senior District Judge Kimberly J. Mueller |

GOOD CAUSE APPEARING, and because of their desire to have certainty on these issues, the Court hereby GRANTS the joint stipulation filed by Defendant JANEL ESCOBEDO ("Defendant") and Plaintiff NICOLE RAMOS ("Plaintiff") in which the parties stipulated and agreed that Plaintiff will not appeal the granting of

///

///

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4857-2036-9236 v1

1:21-CV-01103-JLT-SAB
ORDER RE APPEAL/COSTS WAIVER

1  Defendant's motion for summary judgment (Doc. #58, 109) in exchange for
2  Defendant agreeing not to pursue the recovery of her costs of suit (Doc. #114)
3  against Plaintiff in this Section 1983 case.
4
5      IT IS SO ORDERED.
6
7  Dated:  April 22, 2025.

*[signature]*
UNITED STATES DISTRICT JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4857-2036-9236 v1

- 2 -

1:21-CV-01103-JLT-SAB
ORDER RE APPEAL/COSTS WAIVER

1  Respectfully submitted,

2  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
3  Martin Kosla (SBN 247224)
   E-mail: mkosla@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
5  Los Angeles, CA  90071-2953
   Tel:  213.236.0600  Fax:  213.236.2700

6
   Attorneys for Defendant
7  JANEL ESCOBEDO
   (Erroneously sued herein as JANEL ESPINOZA)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28