UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nicole Ramos,<br><br>            Plaintiff,<br><br>     v.<br><br>Derral Adams, et al.,<br><br>            Defendants. | No. 1:21-cv-1103-KJM-SAB<br><br>ORDER |

The court is in receipt of the parties' joint request that they be referred to a magistrate judge to conduct a court-convened settlement conference. ECF No. 119.

The court refers the parties to Magistrate Judge Barbara McAuliffe for a court-convened settlement conference to occur on August 14, 2025, at 9:30 a.m. If the parties are unable to reach a settlement, they are ordered to file an updated, complete and joint Final Pretrial Report within 120 days of the filing date of this order.

Finally, the parties are again reminded that continued failures to follow court orders, including orders to timely file a Joint Status Report or failure to respond to communications from the court, may result in the imposition of sanctions, including monetary sanctions, or if plaintiff does not respond, dismissal for failure to prosecute.

IT IS SO ORDERED.

DATED: May 14, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE