# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE RAMOS,<br><br>       Plaintiff,<br><br>   v.<br><br>BEACH,<br><br>       Defendant. | Case No.  1:21-cv-1103-KJM-SAB (PC)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 121) |

The Court conducted a settlement conference in this action on August 14, 2025, at which the parties reached a settlement agreement and which terms were placed on the record.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:  __**August 14, 2025**__          ___/s/ _Barbara A. McAuliffe___ _
UNITED STATES MAGISTRATE JUDGE