1

2

3

4

5

6              UNITED STATES DISTRICT COURT

7          FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    Nicole Ramos,                              No. 1:21-cv-1103-KJM-SAB

10                      Plaintiff,              ORDER

11           v.

12   Derral Adams, et al.,

13                      Defendants.

14

15          On August 14, 2025, a magistrate judge of this court conducted a settlement conference at

16   which the parties reached a settlement agreement.  Order (Aug. 14, 2025), ECF No. 128.  The

17   court ordered the parties to file dispositive documents within thirty days.  *Id.*  The parties have not

18   filed dispositive documents as of the filing date of this order.  The court, on its own motion,

19   extends the deadline to file dispositive documents to November 1, 2025.  The parties should treat

20   this new date as firm, as the court does not anticipate further extending the deadline absent a

21   showing of extraordinary cause.

22          The parties are reminded that continued failures to follow court orders, including orders to

23   timely file dispositive documents, may result in the imposition of sanctions, including monetary

24   sanctions or dismissal for failure to prosecute.

25          IT IS SO ORDERED.

26   DATED:  October 8, 2025.

                                    _____
                                    SENIOR UNITED STATES DISTRICT JUDGE

                                    1